# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-40250
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
February 20, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EDWIN T. LIMBRICK,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:96-CR-54-2

---

Before WIENER, HO, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

Defendant-Appellant Edwin T. Limbrick, federal prisoner # 05670-078, appeals the district court's denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motions for compassionate release. He contends that the district court erred in concluding that he did not demonstrate extraordinary and compelling reasons warranting his release and that it erred in weighing the 18 U.S.C.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-40250

§ 3553(a) factors.  We review for an abuse of discretion.  *See United States v. Jackson*, 27 F.4th 1088, 1091 (5th Cir. 2022).

Any contention that the district court concluded that the Sentencing Commission exceeded its authority in promulgating changes to U.S.S.G. § 1B1.13, p.s. is belied by the record. The district court conducted an independent review of the § 3553(a) factors and concluded that Limbrick was not entitled to relief.  Limbrick's disagreement with the weighing of those factors is insufficient to show an abuse of discretion. *See United States v. Chambliss*, 948 F.3d 691, 694 (5th Cir. 2020). Because the district court's independent consideration of the § 3553(a) factors provides a sufficient basis for affirmance, we need not consider whether the district court erred in determining that Limbrick failed to show extraordinary and compelling reasons warranting relief. *See Jackson*, 27 F.4th at 1089, 1093 n.8.  The order of the district court is AFFIRMED.